USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ARTURO ESTEVEZ, Individually, and On
Behalf of All Others Similarly Situated,

                      Plaintiff,                    21-CV-8946 (PAE) (KHP)

      -against-                 **INITIAL CASE MANAGEMENT**
                                                       **CONFERENCE CONVERSION**
BLACK OPAL LLC,                                      **ORDER**

                      Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Initial Case Management Conference in this matter scheduled for Wednesday, **February 2, 2022, at 10:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:      New York, New York
                 January 25, 2022

                                               */s/ Katharine H. Parker*
                                               _____
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge