

**MEMO ENDORSED**

580 White Plains Rd - 5th Floor
Tarrytown, New York 10591
Main Tel: 914.750.5933
Facsimile: 914.617.1522

Direct Dial: 914.733.7758
E-Mail: ajaffery@kphwlaw.com

January 31, 2022

**VIA ECF**

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

Re:  *Estevez v. Black Opal, LLC*, No. 21 Civ. 8946
     Our File No.:         71307.00001

Dear Magistrate Judge Parker:

> **APPLICATION GRANTED:** Extension of time is granted to respond to the Complaint. The Case Management Conference in this matter scheduled for Wednesday, February 2, 2022 is hereby rescheduled to **Wednesday, March 9, 2022 at 10:45 a.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code: 4858267.   **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 01/31/2022

This firm represents Defendant Black Opal, LLC in the above-referenced action. I write pursuant to Part 1(c) of Your Honor's Individual Practices to request (i) a final extension of Defendant's deadline to answer or otherwise respond to the Complaint from February 10, 2022 to March 10, 2022, and (ii) an adjournment of the Initial Conference currently scheduled for February 2, 2022. This is the third and final such request for an extension to respond to the Complaint and the first request for adjournment of the Initial Conference. The reason for such extension is that the undersigned (and family) have contracted the Coronavirus. Accordingly, settlement negotiations have not been able to move forward. Plaintiff has consented to such relief.

I thank the Court for its consideration of this request.

Respectfully Submitted,

*Ali R. Jaffery*

Ali R. Jaffery