

Jarrett S. Charo – Of Counsel
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Jcharo@mizrahikroub.com
www.mizrahikroub.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/04/2022

**MEMO ENDORSED**

March 3, 2022

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Estevez v. Black Opal LLC.*; Case No. 1:21-cv-08946- (PAE)(KHP)

Dear Judge Parker:

We represent plaintiff Arturo Estevez ("Plaintiff") in the above-referenced action. We submit this letter requesting an adjournment of the initial conference set for March 9, 2022, at 10:00 a.m. Plaintiff's counsel will be out of the office and will not be able to participate in the conference that day. This is Plaintiff's first request to adjourn and Defendant consents to this request.

Thank you for your consideration in this matter.

  Respectfully submitted,
  */s/ Jarrett S. Charo*
  JARRETT S. CHARO

cc:   All Counsel of Record (via ECF)

---

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled for Wednesday, March 9, 2022 at 10:45 a.m. is hereby rescheduled to <u>Thursday, March 17, 2022 at 11:00 a.m.</u> Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code: 4858267.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
03/04/2022