USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARTURO ESTEVEZ, Individually, and On
Behalf of All Others Similarly Situated,

                              Plaintiff,                      21-CV-8946 (PAE) (KHP)

       -against-                      **INITIAL CASE MANAGEMENT**
                                                                **CONFERENCE ADJOURNMENT**
BLACK OPAL LLC,                                         **ORDER**

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light the Notice of Settlement filed on March 16, 2022 (doc. no 22) the Initial Case Management Conference currently scheduled for **March 17, 2022** is hereby adjourned *sine die*.

      SO ORDERED.

DATED:    New York, New York
                March 17, 2022

                                                           *Katharine H Parker*
                                                           _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge